1  O'MELVENY & MYERS LLP
2  M. RANDALL OPPENHEIMER (State Bar No. 77649)
   MARC F. FEINSTEIN (State Bar No. 158901)
3  SABRINA H. STRONG (State Bar No. 200292)
   ROBERT M. SWERDLOW (State Bar No. 200266)
4  400 South Hope Street
   Los Angeles, CA 90071-2899
5  Tel: (213) 430-6000
   Fax: (213) 430-6407
6  roppenheimer@omm.com
   mfeinstein@omm.com
7  sstrong@omm.com
   rswerdlow@omm.com
8
   KIRKLAND & ELLIS LLP
9  MARK HOLSCHER (State Bar No. 139582)
   333 South Hope Street
10 Los Angeles, CA 90071
   Tel: (213) 680-8190
11 Fax: (213) 808-8097
   mark.holscher@kirkland.com
12
   Attorneys for Plaintiff AIG Retirement Services, Inc.
13 (now known as SAFG Retirement Services, Inc.,
   formerly known as SunAmerica Inc.)
14
   WHITE & CASE LLP
15 FERNANDO L. AENLLE-ROCHA (State Bar No. 129515)
   THOMAS J. BENEDICT (State Bar No. 204420)
16 633 West Fifth Street, Suite 1900
   Los Angeles, CA 90071-2007
17 Tel: (213) 620-7700
   Fax: (213) 452-2329
18 faenlle-rocha@whitecase.com
   tbenedict@whitecase.com
19
   GEORGE J. TERWILLIGER III (Admitted Pro Hac Vice)
20 DARRYL S. LEW (Admitted Pro Hac Vice)
   701 Thirteenth Street, N.W.
21 Washington, D.C. 20005
   Tel: (202) 626-3600
22 Fax: (202) 639-9355
   gterwilliger@whitecase.com
23 dlew@whitecase.com

24 Attorneys for Defendants
   Consortium de Réalisation S.A. and CDR Entreprises
25
26
27
28

CLEARY GOTTLIEB STEEN & HAMILTON LLP
LAWRENCE B. FRIEDMAN (Admitted Pro Hac Vice)
AVRAM LUFT (Admitted Pro Hac Vice)
One Liberty Plaza
New York, New York 10006-1470
Tel: (212) 225-2000
Fax: (212) 225-3999
lfriedman@cgsh.com
aluft@cgsh.com

Attorneys for Defendant Crédit Lyonnais S.A.

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| AIG RETIREMENT SERVICES, INC. (formerly known as SunAmerica Inc.),<br><br>Plaintiff,<br><br>v.<br><br>ALTUS FINANCE S.A., et al.,<br><br>Defendants. | Case No. CV 05-1035-JFW (CWx)<br><br>**NOTICE OF MOTION AND JOINT MOTION BY PLAINTIFF AIG RETIREMENT SERVICES, INC. AND DEFENDANTS CONSORTIUM DE RÉALISATION S.A., CDR ENTREPRISES, AND CRÉDIT LYONNAIS S.A. FOR GOOD FAITH SETTLEMENT DETERMINATION**<br><br>[Memorandum of Points and Authorities, Declaration of Fernando L. Aenlle-Rocha, and Proposed Order filed concurrently herewith]<br><br>Hearing Date: October 7, 2011<br>Time: 1:30 p.m.<br>Courtroom: 16<br>Trial Date: October 18, 2011 |

1  TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

2  PLEASE TAKE NOTICE that on October 7, 2011, at 1:30 p.m., or as soon
3  thereafter as this matter may be heard in the above-entitled courtroom, located at
4  312 North Spring Street, Los Angeles, California 90012, Plaintiff AIG Retirement
5  Services, Inc. (now known as SAFG Retirement Services, Inc. and formerly known
6  as SunAmerica Inc.) ("AIGRS") and Defendants Consortium de Réalisation S.A.,
7  CDR Entreprises, and Crédit Lyonnais S.A. (together, "the Settling Parties")) will
8  and hereby do jointly move for a determination of good faith settlement (the
9  "Motion").

10  This Motion is made pursuant to California Code of Civil Procedure sections
11  877 and 877.6 on the ground that the settlement between the Settling Parties is in
12  good faith.  This Motion is based upon this Notice of Motion, the accompanying
13  Memorandum of Points and Authorities, the concurrently filed declaration of
14  Fernando L. Aenlle-Rocha and the exhibits thereto, the pleadings, documents,
15  records and files in this action, all documents of which this Court may take judicial
16  notice, and such oral or documentary evidence or argument as may be presented at
17  the hearing on the Motion.

18  This Motion has been scheduled to be heard on October 7, 2011, pursuant to
19  the Court's October 5, 2011 Order to Shorten Time (Docket No. 995) and the
20  Court's October 3, 2011 Scheduling Order (Docket No. 990).

21
22
23
24
25
26
27
28

- 1 -

LOSANGELES 928763 (2K)

NOTICE OF MOTION AND JOINT MOTION
FOR GOOD FAITH SETTLEMENT DETERMINATION

1  As set forth in the accompanying Declaration of Fernando L. Aenlle-Rocha, the non-settling Defendants Artemis S.A. and Aurora S.A., through counsel, advised the Court during the September 30, 2011 Pre-Trial Conference that their clients will not oppose this Motion.

Respectfully submitted,

O'MELVENY & MYERS LLP

Dated: October 6, 2011        By: */s/ Marc F. Feinstein*
                                  Marc F. Feinstein

*Attorneys for Plaintiff
AIG Retirement Services, Inc.
(now known as SAFG Retirement Services, Inc.)*

WHITE & CASE LLP

Dated: October 6, 2011        By: */s/ Fernando L. Aenlle-Rocha*
                                  Fernando L. Aenlle-Rocha

*Attorneys for Defendants CDR Entreprises (formerly known as Altus Finance S.A.) and Consortium de Réalisation S.A.*

CLEARY GOTTLIEB STEEN & HAMILTON LLP

Dated: October 6, 2011        By: */s/ Avram E. Luft*
                                  Avram E. Luft

*Attorneys for Defendant Crédit Lyonnais S.A.*