M. RANDALL OPPENHEIMER (S.B. #77649)
MARC F. FEINSTEIN (S.B. #158901)
SABRINA H. STRONG (S.B. #200292)
O'MELVENY & MYERS LLP
400 South Hope Street
Los Angeles, CA 90071-2899
Telephone: (213) 430-6000
Facsimile: (213) 430-6407
roppenheimer@omm.com
mfeinstein@omm.com
sstrong@omm.com

JS-6

MARK HOLSCHER (S.B. #139582)
KIRKLAND & ELLIS LLP
333 South Hope Street
Los Angeles, CA 90071-2899
Telephone: (213) 680-8190
Facsimile: (213) 680-8097
mholscher@kirkland.com

Attorneys for Plaintiff
AIG Retirement Services, Inc. (now known as SAFG Retirement Services, Inc., formerly known as SunAmerica Inc.)

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION

| | |
|---|---|
| AIG Retirement Services, Inc. (formerly known as SunAmerica Inc.),<br><br>Plaintiff,<br><br>v.<br><br>Altus Finance S.A., *et al.*,<br><br>Defendants. | Case No. CV 05-1035-JFW (CWx)<br><br>[PROPOSED] ORDER DISMISSING WITH PREJUDICIE PLAINTIFF AIG RETIREMENT SERVICES, INC.'S CLAIMS AGAINST DEFENDANTS ARTEMIS S.A., AURORA S.A., AND ARTEMIS FINANCE S.N.C. |

1  Pursuant to Federal Rule of Civil Procedure 41(a)(2), and in conjunction with the previously-heard Joint Motion for Good Faith Settlement Determination, filed on October 12, 2011, and granted on October 13, 2011, and with the Settlement Agreement and Release, executed as of October 28, 2011, between Plaintiff AIG Retirement Services, Inc. and Defendants Artemis S.A., Aurora S.A., and Artemis Finance S.N.C. (together, the "Artemis Parties"), Plaintiff requests an order dismissing, with prejudice, the claims asserted by Plaintiff against the Artemis Parties in the above-entitled action.

GOOD CAUSE APPEARING THEREFORE, IT IS HEREBY ORDERED, pursuant to Rule 41, Fed. R. Civ. P., that all claims asserted by Plaintiff against the Artemis Parties in the above-entitled action are dismissed with prejudice. Each party shall bear its own attorney's fees, costs, and expenses.

Dated: November 8, 2011

_____
Hon. John F. Walter
United States District Judge